# Court of Appeals
# of the State of Georgia

ATLANTA,   September 15, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0034.  FORSYTH COUNTY, GEORGIA et al. v. ROBERT E. WINDSOR.**

Robert E. Windsor filed a "Petition for Writ of Certiorari and Complaint for Declaratory Judgment, Mandamus, Injunctive Relief and Other Relief" against numerous defendants, including the Forsyth County Zoning Board of Appeals and Forsyth County, Georgia (collectively, "the defendants"). Windsor's complaint stemmed from the ruling of the Zoning Board, which denied his petition to consolidate property. Following a hearing, the superior court found that the denial of Windsor's request was arbitrary and capricious and that Windsor was entitled to damages. The superior court reserved the issue of damages and attorney fees for a separate hearing. The defendants sought a certificate of immediate review, which the trial court denied. The defendants then filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5- 6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . state and local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001); *Brown v. City of Marietta*, 214 Ga. App. 840, 840-842 (1) (449 SE2d 540) (1994). This statute also applies when plaintiffs file a direct action in superior court if the substance of that action pertains to judicial review of a zoning decision. See *Hamryka v. City of Dawsonville*, 291 Ga. 124, 125 (2) (728 SE2d 197) (2012) (discretionary application required where case commenced as mandamus/declaratory judgment action seeking to invalidate zoning). Accordingly, we lack jurisdiction over this

appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office,*
*Atlanta,*_____09/15/2015_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*